```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE I. HOLLEY,

                        Plaintiff,

-against-

SPARTAN AUTO GROUP, LLC d/b/a VICTORY MITSUBISHI et al.,

                        Defendants.

24-CV-00844 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Whereas the parties have consented to the jurisdiction of the Magistrate Judge to conduct all proceedings and order the entry of the final judgment in accordance with 28 U.S.C. § 636(c), the initial pretrial conference that was previously scheduled in the above-captioned case for March 20, 2024, is hereby ADJOURNED *sine die*. The matter will be referred to Magistrate Judge Tarnofsky by separate order.

Dated:  March 13, 2024
           New York, New York

                                                            SO ORDERED.

                                                             MARGARET M. GARNETT
                                                              United States District Judge