UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jasmine Holley,<br><br>      Plaintiff,<br><br>-against-<br><br>Spartan Auto Group, LLC, et al.,<br><br>      Defendants. | 24-CV-0844 (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On June 13, 2024, the parties participated in settlement discussions before the Court-annexed mediation program and by June 20, 2024, fact discovery was scheduled to close in this matter (ECF 24).

  Accordingly, the parties are directed to file a joint letter by June 28, 2024, updating the court on the status of settlement negotiations and whether fact discovery is complete.

DATED: June 25, 2024
     New York, New York

                    SO ORDERED.

                    **ROBYN F. TARNOFSKY**
                    United States Magistrate Judge