UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jasmine Holley,<br><br>                Plaintiff,<br><br>-against-<br><br>Spartan Auto Group, LLC, et al.,<br><br>                Defendants. | 24-CV-0844 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated June 25, 2024, (ECF 25) a joint status letter from the parties regarding the status of settlement discussions was due on Friday, June 28, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, July 3, 2024 at 5 p.m**.

DATED:  July 2, 2024
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge