UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE HOLLEY,

          Plaintiff,

-against-

SPARTAN AUTO GROUP, LLC, ET AL.,

          Defendants.

24-CV-0844 (RFT)

**DISMISSAL ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has been informed that the parties have reached a settlement in principle. (*See* ECF 27.) Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 3, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

DATED:  July 3, 2024
          New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge